IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS M. BALDRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-273 |
| | ) | District Judge Arthur J. Schwab |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| AMICA MUTUAL INSURANCE COMPANY, | ) | Re: ECF No. 4 |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 23rd day of May, 2017, after Plaintiff Carlos M. Baldridge filed an action in the above-captioned case in the Court of Common Pleas of Allegheny County, Pennsylvania, which was removed to this Court by Defendant, and after Plaintiff filed a Motion to Remand Pursuant to 28 U.S.C. §§ 1332(a)(1) and (c)(1), and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until May 22, 2017, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Remand, ECF No. 4, is DENIED.

By the Court:

/s/ Arthur J. Schwab
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF